IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| James D. Turner, | Case No. 5:07 CV 819 |
| Petitioner, | MEMORANDUM OPINION AND ORDER |
| -vs- | JUDGE JACK ZOUHARY |
| Michele Eberlin, Warden, | |
| Respondent. | |

The Court has reviewed the Report and Recommendation of the Magistrate Judge filed October 10, 2008 in this matter. Under the relevant statute (28 U.S.C. § 636(b)(1)(C) (1982)):

> Within ten days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court.  A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

In this case, the ten-day period has elapsed and no objections have been filed.  The failure to file written objections constitutes a waiver of a *de novo* determination by the district court of an issue covered in the report.  *United States v. Sullivan*, 431 F.3d 976, 984 (2005).

The Court adopts the Magistrate Judge's Report and Recommendation (Doc. No. 35) in its entirety.  Petitioner's Motion for Leave to Amend Petition for a Second Time (Doc. No. 27) is denied, and Petitioner's Amended Petition (Doc. No. 14) is denied as moot in light of the January 10, 2007 re-sentencing (Doc. No. 25, Exs. 15-16).

IT IS SO ORDERED.

                                               s/ *Jack Zouhary*
                                               JACK ZOUHARY
                                               U. S. DISTRICT JUDGE

                                               December 16, 2008